**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1984**

———————

RHETT GAVIN STUART,

             Plaintiff - Appellant,

     v.

SPRINGS INDUSTRIES, INC.,

             Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Cameron McGowan Currie, Senior
District Judge.  (0:12-cv-00373-CMC)

———————

Submitted:  April 29, 2014         Decided:  May 21, 2014

———————

Before NIEMEYER and MOTZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

David B. Marvel, PRENNER MARVEL, PA, Charleston, South Carolina,
for Appellant.  Ronald B. Diegel, Peter E. Farr, Ashley B.
Stratton, MURPHY GRANTLAND, P.A., Columbia, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rhett Gavin Stuart appeals from the district court's order granting summary judgment in favor of Springs Industries, Inc., in his action alleging that Springs negligently failed to warn of a dangerous condition, resulting in his injuries. We have reviewed the record and briefs filed by the parties, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stuart v. Springs, Indus., No. 0:12-cv-00373-CMC (D.S.C. July 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED